STOREY & MILLER
COURT REPORTERS
601 W. RIVERSIDE
SUITE 1030
SPOKANE, WA 99201

THE HONORABLE ROBERT H. WHALEY

Douglas E. Smith (WSBA No. 17319)
Barbara J. Duffy (WSBA No. 18885)
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 04 2000

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

GABRIEL ALVAREZ, VIRGINIA ALVAREZ, MARIA CHAVEZ, RANULFO GUTIERREZ, PEDRO HERNANDEZ, MARIA MARTINEZ, RAMON MORENO, and ISMAEL RODRIQUEZ, individually and as class representatives,

    Plaintiffs,

v.

IBP, INC., a Delaware corporation,

    Defendant.

CLASS ACTION
No. CT-98-5005-RHW

**LR 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT DISMISSING PLAINTIFFS' STATE LAW OVERTIME CLAIMS**

In support of Defendant's Motion Summary Judgment Dismissing Plaintiffs' State Law Overtime Claims, defendant IBP, inc. ("IBP") submits the following statement of material facts:

LR 56.1 STATEMENT OF MATERIAL FACTS – 1

ORIGINAL

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1. The name IBP itself historically has been an acronym for Iowa Beef Packing and/or Iowa Beef Processors. See Declaration of James V. Lochner in Support of Motion for Summary Judgment Dismissing Plaintiffs' State Law Overtime Claims ("Lochner Dec.") at ¶ 5.

2. IBP began its operations in 1961 in Denison, Iowa as Iowa Beef Packing, Inc., with its name reflective of its operations. See Lochner Dec. at ¶ 5. Later, the corporate name was changed to Iowa Beef Processors, Inc., a name that is also reflective of the type of operations conducted at IBP's fresh meat facilities. See Lochner Dec. at ¶ 5.

3. IBP's fresh meat facilities, including the Pasco, Washington facility, are registered to do business in the states where they are located using Standard Industry Code (SIC) 2011. This SIC number is specifically reserved for and utilized by operations engaged in "meat packing." See Lochner Dec. at ¶ 4.

4. At the Pasco plant, the cattle are processed and packed for transportation to the ultimate point of sale or final consumption. See Lochner Dec. at ¶ 24. The Pasco plant has several divisions and departments within those divisions that play important roles in the processing and packaging of the cattle. See Lochner Dec. Cattle and Boxed Beef are traded as commodities in the national futures market. See Lochner Dec. at ¶ 24.

LR 56.1 STATEMENT OF MATERIAL FACTS – 2

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

5.  The class definition includes "all IBP processing and slaughtering employees...." See Court's Order Granting Motion to Amend and Class Certification dated August 24, 1999, at p. 5.

6.  The Slaughter division employees work in that area of the plant where the live cattle are killed and the initial processing of the carcasses takes place. See Lochner Dec. at ¶ 13. Once killed, the animal's carcass is hung from a chain. The chain carries the carcass to various stations on the processing line where the carcass is disassembled and stripped of most inedible elements such as the hide. See Lochner Dec. at ¶ 13.

7.  Most of the processes performed on the carcass in the Slaughter division result in materials being saved for sale directly to customers for immediate use or for further processing. See Lochner Dec. at ¶ 13 - 14. While the primary function of the Slaughter division is processing of the animal into half carcasses that will be further processed in the Processing division of the plant, broad categories of products are produced for direct sale to customers for immediate use or for further processing, including: carcass sales direct to customers; variety meats; rendered products; refined products; and hides. See Lochner Dec. at ¶ 14.

LR 56.1 STATEMENT OF MATERIAL FACTS – 3

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

8. Direct sales from the Slaughter division account for approximately 6% of the total for the Pasco complex, or more than $48 million in 1999. See Lochner Dec. at ¶ 15.

9. After the carcass has been processed in the Slaughter division, it is placed in a large, refrigerated holding cooler for at least 24 hours, but typically not longer than 48 hours. See Lochner Dec. at ¶ 21. A carcass left in refrigeration over longer periods of time will begin to "shrink" and remains a perishable product, susceptible to decomposition and becoming of no value. See Lochner Dec. at ¶ 21.

10. The carcass is then forwarded to a separate division of the plant where Processing employees continue processing the animal. See Lochner Dec. at ¶ 21.

11. The employees in the Processing division of the Pasco plant are responsible for disassembling the carcass into manageable cuts of meat, which are further reduced to "primal" and "sub-primal" parts. See Lochner Dec. at ¶ 22.

12. Primals and sub-primals are cuts of meat that are of manageable size that can be conveniently cut by the final retailers or consumers in a manner consistent with the then-current demand. See Lochner Dec. at ¶ 22. For instance, Safeway may determine that larger New York cuts of meat are selling better on a particular day than flank steak. The primal and sub-primal cuts give the final retailer or consumer additional flexibility in the ultimate cuts of meat. See Lochner Dec. at ¶ 22.

LR 56.1 STATEMENT OF MATERIAL FACTS – 4

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

13. In some cases, IBP processing employees grind portions of the product, with the ground beef product then packaged for delivery to customers for their further processing or for retail customer consumption. See Lochner Dec. at ¶ 25. Some product shipped requires no further processing at the retail level, therefore being described as "retail ready." See Lochner Dec. at ¶ 25.

14. Once the beef is processed through the Slaughter and Processing divisions, it is bagged, vacuum packaged, boxed and loaded into waiting trucks from IBP customers such as Fred Meyer and Safeway. In most cases, these customers transport their own product to the final point of sale. See Lochner Dec. at ¶ 24.

15. **Gabriel Alvarez.** Mr. Alvarez describes himself as having once worked in the Slaughter division and being transferred to "processing," stating he now works "cutting neck on a processing line." See Declaration of Gabriel Alvarez in support of Motion for Class Certification, February 9, 1999, at ¶¶ 2 – 3, a courtesy copy of which is attached as Exhibit 1 to the Declaration of Barbara J. Duffy in Support of Motion for Summary Judgment Dismissing Plaintiffs' State Law Overtime Claims ("Duffy Dec.").

16. Mr. Alvarez works on the chuck line as a "lead person" where he performs a variety of functions on the chuck line. See Declaration of Mark Hester in Support of Motion for Summary Judgment Dismissing Plaintiffs' State Law Overtime

LR 56.1 STATEMENT OF MATERIAL FACTS – 5

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Claims ("Hester Dec.") at ¶ 10. All of the jobs he performs were necessarily related to reducing the chuck portion of the livestock to a manageable cut for ultimate delivery and consumption. See Hester Dec. at ¶ 10. His tasks mostly include trimming and deboning the chuck. Id.

17. **Virginia Alvarez.** In her own words, Ms. Alvarez describes her work prior to her resignation from IBP as "processing in the ground beef department." See Declaration of Virginia Alvarez submitted in support of Motion for Class Certification, ("Declaration of Virginia Alvarez"), at ¶ 2, a courtesy copy of which is attached as Exhibit 2 to Duffy Dec. Ms. Alvarez describes the work in the ground beef department as including:

> about five people on the ground beef line who use knives to cut the meat, to cut the bone loose, and to cut the fat loose ... once the meat, fat and bone are cut, about five employees separate the meat fat and bone. The meat is eventually directed down a particular belt to be further inspected and eventually ground. Once the meat is ground, it is packaged, and about eight people in the ground beef department package, bag and box the ground beef.

See Declaration of Virginia Alvarez at ¶ 2.

18. Ms. Alvarez's job was to inspect the beef on the ground beef belt to ensure the mix of lean to fat was consistent with the desired specifications. See Hester Dec. at ¶ 11. Some product shipped requires no further processing at the retail level, therefore being described as "retail ready." See Lochner Dec. at ¶ 25.

LR 56.1 STATEMENT OF MATERIAL FACTS – 6

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

19.   **Maria Chavez.**  Ms. Chavez works in the IBP "packaging" department. Indeed, Ms. Chavez herself describes her work as "bagging meat." See Declaration of Maria Chavez, June 20, 1999, ("Declaration of Maria Chavez"), at ¶ 2, a courtesy copy of which is attached as Exhibit 3 to Duffy Dec.  In particular, Ms. Chavez works at the end of a particular processing line where she places the final cut of meat into a bag.  See Hester Dec. at ¶ 5.  After the meat is bagged, it is vacuum packaged, boxed and eventually loaded onto trucks and delivered to ultimate consumers or retailer sellers.  See Hester Dec. at ¶ 5; see also Declaration of Maria Chavez at ¶ 24.

20.   **Ranulfo Gutierrez.**  Mr. Gutierrez describes his work with IBP as "work on a processing floor chuck line, cutting shanks."  See Declaration of Ranulfo Gutierrez in support of Motion for Class Certification, February 4, 1999, at ¶ 3, a courtesy copy of which is attached as Exhibit 4 to Duffy Dec.

21.   Mr. Gutierrez is responsible for trimming fat and bone from the chuck and reducing it to more manageable cuts of meat that are appropriate for final consumption.  See Hester Dec. at ¶ 9; see also, excerpts from the deposition of Ranulfo Gutierrez, at p. 23, l. 14 – p. 25, l. 4, attached as Exhibit 5 to Duffy Dec.

22.   **Pedro Hernandez.**  Mr. Hernandez describes his work as "in processing" where he has a "knife job on one of the rib lines on the processing floor."  See

LR 56.1 STATEMENT OF MATERIAL FACTS – 7

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Declaration of Pedro Hernandez to support Motion for Class Certification, February 5, 1999, at ¶¶ 1 – 2, a courtesy copy of which is attached as Exhibit 6 to Duffy Dec.

23. Mr. Hernandez is a " plate boner" who works on the plate section (belly) of the livestock, removing bone from that area and trimming fat from the meat. See Hester Dec. at ¶ 7. This is part of the "disassembly" process of preparing the meat for the final marketplace. See Hester Dec. at ¶ 7.

24. **Maria Martinez.** Ms. Martinez, in her declaration, describes the nature of the work performed in different areas of the plant, and most particularly, the processing lines where she works. See Declaration of Maria Martinez submitted in support of Motion for Class Certification, February 10, 1999, ("Martinez Declaration"), a courtesy copy of which is attached as Exhibit 7 to Duffy Dec. Ms. Martinez states there are approximately "1,000 non-supervisory employees in the processing and slaughter divisions at the IBP Pasco plant." See Martinez Declaration at ¶ 3. She also states that "the vast majority of them do production work on the kill floor, in the cooler or the processing floor." See Martinez Declaration at ¶ 3. Ms. Martinez describes the non-management processing employees as follows:

- Cooler employees who cut the carcasses on the way to the processing floor;
- Employees who cut large pieces of beef from the chain and drop them to one of eight processing lines on the production floor;
- Production Lines: There are eight production lines including a chuck line, and arm line, rib lines, loin lines and round lines, each line having roughly

LR 56.1 STATEMENT OF MATERIAL FACTS – 8

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

    30-40 employees who use knives and other cutting equipment and 2-5 baggers at the end;
- Pack[ag]ing employees including the baggers who put the meat into large bags, sealers who operate sealing machines and the packagers who box the meat;
- Ground beef employees who cut and process hamburger meat; and
- A bone line where employees use knives and cutting machines to clean meat from bones.

See Martinez Dec. at ¶ 7, pp. 2-3.

25. Ms. Martinez worked on the chuck line and is responsible for trimming the chuck to appropriate fat-to-lean ratios for final packaging or grinding. See Hester Dec. at ¶ 6. Ms. Martinez trimmed fat off portions of the chuck as part of the process of preparing the cut of meat for final consumption and retail sale. See Hester Dec. at ¶ 6. Earlier this year, Ms. Martinez began a new processing position of "bag strips" further down the processing line. Id.

26. **Ramon Moreno.** Mr. Moreno is the only class member who worked in the Slaughter division during the class period (since June 30, 1995). See Hester Dec. at ¶ 4. In his own declaration provided to this Court, Mr. Moreno describes work performed by "employees on the slaughter line" as reducing "the slaughtered cow into sides of beef and by-products, by removing the innards, blood, head, hooves and skin." See Declaration of Ramon Moreno submitted in support of plaintiffs' Motion

LR 56.1 STATEMENT OF MATERIAL FACTS – 9

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

for Class Certification, February 4, 1999, at ¶ 3, a courtesy copy of which is attached as Exhibit 8 to the Duffy Dec.

27.  Mr. Moreno was a "second legger." As such he would skin the cattle's hide from one of its legs – an event necessary to prepare and process the livestock for final delivery to the point of sale and consumption. See Hester Dec. at ¶ 4. Mr. Moreno was recently disqualified from his "second legger" position because of a medical condition and has worked in the Slaughter division driving cattle since that date. Id.

28.  Slaughter division employees produce a number of products sold directly to customers for immediate use or further processing, including: carcasses; variety meats; rendered products; refined products; and hides. See Lochner Dec. at ¶ 14.

29.  **Ismael Rodriguez.**  Mr. Rodriguez describes his work as "in the processing division at the Pasco plant" and states that his "jobs have included processing line positions of chuck boner and chuck roller." See Declaration of Ismael Rodriguez submitted in support of Motion for Class Certification, February 4, 1999, at ¶¶ 2 – 3, a courtesy copy of which is attached as Exhibit 9 to Duffy Dec.

30.  Mr. Rodriguez works on the chuck line where he is responsible for various positions that relate to disassembly of the initial "chuck" primal, which is cut

LR 56.1 STATEMENT OF MATERIAL FACTS – 10

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

into more manageable cuts of meat.  <u>See</u>  Hester Dec. at ¶ 8; <u>see also</u> Lochner Dec. at ¶ 23 and Exhibit B attached thereto.

31.  The above descriptions of work performed or allegedly performed by the named plaintiffs are all components of the packing and processing of the livestock for packaging and transportation to the ultimate consumer or retailer.  <u>See</u> Hester Dec.

DATED this 29th day of March, 2000.

LANE POWELL SPEARS LUBERSKY LLP

By _____
Douglas E. Smith
WSBA No. 17319
Barbara J. Duffy
WSBA No. 18885
Attorneys for Defendant IBP, inc.

LR 56.1 STATEMENT OF MATERIAL FACTS – 11

115386.0001\675107.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000