CERTIFICATE OF SERVICE
I hereby certify that a copy of
this document was served via
_legal messenger_
On: Carl Yockim, William
Rutzick and David Mark
Date: 7/25/00
By: [signature]

STOREY & MILLER
COURT REPORTING
601 W. Riverside
SUITE 1030
SPOKANE, WA 99201

THE HONORABLE ROBERT H. WHALEY

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 25 2000

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Douglas E. Smith (WSBA No. 17319)
Barbara J. Duffy (WSBA No. 18885)
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| GABRIEL ALVAREZ, VIRGINIA ALVAREZ, MARIA CHAVEZ, RANULFO GUTIERREZ, PEDRO HERNANDEZ, MARIA MARTINEZ, RAMON MORENO, and ISMAEL RODRIGUEZ, individually and as class representatives,<br><br>Plaintiffs,<br><br>v.<br><br>IBP, INC., a Delaware corporation,<br><br>Defendant. | CLASS ACTION<br>No. CT-98-5005-RHW<br><br>**LR 56.1 STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DISMISSING INDIVIDUAL CLAIMS OF NAMED PLAINTIFFS GABRIEL ALVAREZ AND VIRGINIA ALVAREZ** |

In support of Defendant's Motion for Summary Judgment Dismissing Individual Claims of Named Plaintiffs Gabriel Alvarez and Virginia Alvarez, defendant IBP, inc. ("IBP") submits the following statement of material facts:

LR 56.1 STATEMENT OF FACTS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT DISMISSING ALVAREZ CLAIMS - 1

115386.0001\722068.1

ORIGINAL

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1.  Named plaintiffs Gabriel Alvarez and Virginia Alvarez, husband and wife, filed a voluntary petition for a joint Chapter 7 bankruptcy on June 8, 1998. See "Voluntary Petition" filed in *In re Gabriel Alvarez and Virginia Alvarez*, Case No. 98-03530-R2N, filed in the United States Bankruptcy Court for the Eastern District of Washington ("Voluntary Petition"), attached as Exhibit A to the accompanying Declaration of Douglas E. Smith in Support of Defendant's Motion for Summary Judgment Dismissing Individual Claims of Named Plaintiffs Gabriel Alvarez and Virginia Alvarez ("Smith Decl."); deposition of Virginia Alvarez, at p. 202, attached as Exhibit H to Smith Decl.; deposition of Gabriel Alvarez, at p. 76, attached as Exhibit G to Smith Decl.

2.  As part of their Voluntary Petition, the Alvarezes filed a schedule of their assets as required under 11 U.S.C. § 521(1). Id.

3.  Nowhere in their schedule of assets do the Alvarezes list any claims against IBP. Id.; see also deposition of Virginia Alvarez, at p. 202; deposition of Gabriel Alvarez, at p. 77.

4.  Both Gabriel Alvarez and Virginia Alvarez also filed a joint signed declaration stating that their schedule of assets was true and correct to the best of their knowledge, information and belief. Voluntary Petition, Exhibit A to Smith Decl.

LR 56.1 STATEMENT OF FACTS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT DISMISSING ALVAREZ CLAIMS - 2

115386.0001\722068.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

5. The Case Information sheet for *In re Alvarez* also identifies the Voluntary Petition as a "No Assets" case. See Case Information Sheet for Case 2:98-03530, attached as Exhibit B to Smith Decl.

6. On July 23, 1998, the bankruptcy trustee, Terry R. Nealey, filed a "Trustee's Report of No Distribution" stating that there was "no property available for distribution from the estate over and above that exempted by law" and requesting that the report be approved and that he be discharged from further duties as trustee. See Trustee's Report of No Distribution filed in *In re Alvarez*, attached as Exhibit C to Smith Decl.

7. The bankruptcy court granted the Alvarezes' discharge under Chapter 7 of the Bankruptcy Code (11 U.S.C. § 727) and entered the Final Decree discharging the bankruptcy trustee, Mr. Nealey, on September 29, 1998. See Discharge of Debtor filed in *In re Alvarez*, attached as Exhibit D to Smith Decl; Final Decree filed in *In re Alvarez*, attached as Exhibit E to Smith Decl.

8. While the Voluntary Petition was pending before the bankruptcy court, Gabriel Alvarez filed this action against IBP on or about June 29, 1998. See Complaint for Minimum Wage Act and Fair Labor Standards Act Violations ("Complaint"). Gabriel Alvarez was formally named as one of the original named plaintiffs in the Complaint against IBP. Id.

LR 56.1 STATEMENT OF FACTS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT DISMISSING ALVAREZ CLAIMS - 3

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

115386.0001\722068.1

9.  On August 10, 1998, while the Voluntary Petition was still pending before the bankruptcy court, Virginia Alvarez opted into the present lawsuit against IBP by filing her written consent to be a party plaintiff with the Court. <u>See</u> "consent to be a party plaintiff" form for Virginia Alvarez filed with this Court on August 10, 1998, attached as Exhibit F to Smith Decl.

10. Plaintiffs later amended their Complaint in this action to add Mrs. Alvarez as one of the formal named plaintiffs listed in the caption of the Complaint. <u>See</u> Second Amended Complaint for Minimum Wage Act Violations and Fair Labor Standards Act Violations.

11. At his deposition in this case, plaintiff Gabriel Alvarez testified that he has known and believed since a least sometime in the 1980s that IBP should have been be paying him for the activities at issue in this lawsuit. <u>See</u> deposition of Gabriel Alvarez, at pp. 7071, attached as Exhibit G. to Smith Decl. Mr. Alvarez further testified that at the time he and his wife filed for bankruptcy in June of 1998, he knew and believed that IBP owed him additional pay for the activities at issue in this lawsuit. <u>Id.</u> at 77. Despite this knowledge, Mr. Alvarez admitted during his deposition that he never told the bankruptcy court or the bankruptcy trustee about his potential claims against IBP. <u>Id.</u>

LR 56.1 STATEMENT OF FACTS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT DISMISSING ALVAREZ CLAIMS - 4

115386.0001\722068.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

12. At her deposition in this case, plaintiff Virginia Alvarez testified that she has known and believed that IBP should have been paying her for the activities at issue in this lawsuit since the first day she started working at IBP – in June of 1991. See deposition of Virginia Alvarez, at pp. 42 & 198-99, attached as Exhibit H to Smith Decl. Despite this knowledge of her claims, Ms. Alvarez did not schedule her claims against IBP as assets during the bankruptcy proceeding. Id. at p. 204.

DATED this 24th day of July, 2000.

LANE POWELL SPEARS LUBERSKY LLP

By  Douglas E. Smith
Douglas E. Smith, WSBA No. 17319
Barbara J. Duffy, WSBA No. 18885
Attorneys for IBP, inc.

LR 56.1 STATEMENT OF FACTS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT DISMISSING ALVAREZ CLAIMS - 5

115386.0001\722068.1