HON. ROBERT H. WHALEY

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 0 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GABRIEL ALVAREZ et al., individually and in a representative capacity,

        Plaintiffs,

v.

IBP, INC.,

        Defendant.

No. CT-98-5005-RHW

AMENDED JUDGMENT

This action having been tried before the Court, the Honorable Robert H. Whaley, United States District Judge, presiding, and having been remanded from appellate proceedings before the Ninth Circuit Court of Appeals and the United States Supreme Court;

**IT IS ORDERED AND ADJUDGED:**

The original judgment in this action entered on September 14, 2001, the order of November 27, 2001 taxing costs and including them in the original

AMENDED JUDGMENT -- 1

LAW OFFICE OF
DAVID N. MARK
CENTRAL BUILDING, SUITE 500
810 THIRD AVENUE
SEATTLE, WA 98104
(206) 340-1840   FAX (206) 340-1846

judgment, and the order of December 14, 2001 on plaintiffs' motion for fees, are each vacated and this Amended Judgment shall be substituted nunc pro tunc for each of them.

The Plaintiffs Gabriel Alvarez, *et al,* recover of the Defendant, IBP, inc. (currently known as Tyson Fresh Meats, Inc.), the sum of $ 7,297,517, plus interest at 3.43% per year compounded annually from September 14, 2001 for damages calculated through May 14, 2000 and comprised of $ 5,487,561 in MWA overtime damages, $ 905,028 minimum wage damages, and $ 904,928 in rest break damages under Washington law;

That Plaintiffs Gabriel Alvarez, *et al,* recover of the Defendant IBP, inc. their costs of action through November 27, 2001 in the amount of $ 41,816.96 plus interest at 2.35% per year compounded annually from November 27, 2001.

That Plaintiffs Gabriel Alvarez, *et al,* recover of the Defendant IBP, inc. their reasonable attorney fees through December 5, 2001 in the amount of $1,974,394 plus interest at 2.21% per year compounded annually from December 14, 2001;

That Plaintiffs Gabriel Alvarez, *et al,* recover of Defendant IBP, inc. their fees and costs of action on appeal to the Ninth Circuit and before the United States Supreme Court in the amount of $ 365,000, which shall be deemed to

AMENDED JUDGMENT -- 2

LAW OFFICE OF
DAVID N. MARK
CENTRAL BUILDING, SUITE 500
810 THIRD AVENUE
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 340-1846

compensate them for all such fees and expenses through December 19, 2005;

That the distribution plan jointly proposed by the parties is Approved and is hereby incorporated into this Amended Judgment;

That the Court retains jurisdiction to supervise the distribution of judgment proceeds to the class;

That this judgment is a final decision and is subject to appellate review under 28 U.S.C.§ 1291.

**The District Court Executive is directed to enter judgment forthwith and to provide copies to counsel.**

**Dated** this 20 day of December, 2005.

ROBERT H. WHALEY
Chief United States District Judge


Presented by:
____/s/_____
William J. Rutzick
Kathy Goater
Schroeter Goldmark & Bender

____/s/_____
David N. Mark
Attorneys for Plaintiffs

AMENDED JUDGMENT -- 3

LAW OFFICE OF
DAVID N. MARK
CENTRAL BUILDING, SUITE 500
810 THIRD AVENUE
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 340-1846

1
2  Approved as to Form by:
        /s/
3  Michael J. Mueller
   Joel M. Cohn
4  Akin Gump Strauss Hauer & Feld, LLP
   Attorneys for Defendant
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

AMENDED JUDGMENT -- 4

LAW OFFICE OF
DAVID N. MARK
CENTRAL BUILDING, SUITE 500
810 THIRD AVENUE
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 340-1846